UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLIANCE MANUFACTURED
PRODUCTS, L.L.C.,

       Plaintiff,                          CASE NO.  04-73337

v.                                      District Judge Gerald E. Rosen
                                            Magistrate Judge R. Steven Whalen

PRODUCTION HANDLNG,
SYSTEMS, INC.,

       Defendants.

_____/

ORDER

Defendant having requested a withdrawal of its Motion for Order to Show Cause Against Third Party (filed 4/15/05) [docket #28] by letter faxed on 7/6/2005;

IT IS THEREFORE ORDERED that Defendant's Motion for Order to Show Cause Against Third Party is hereby WITHDRAWN.

                                            s/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: July 8, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 8, 2005.

                                      s/Gina Wilson
                                      Judicial Assistant