UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ALLIANCE MANUFACTURED
PRODUCTS, L.L.C.,                              Civil Action: 04-73337

       Plaintiffs,

v.                                            District Judge Gerald E. Rosen
                                              Magistrate Judge R. Steven Whalen
PRODUCTION HANDLING
SYSTEMS, et al.,

       Defendants.
_____/


**ORDER**

    Before the Court is Plaintiff's motion to compel discovery [Docket #s 31 and 33].  For the reasons stated on the record on July 19, 2005, Plaintiff's motion is GRANTED IN PART AND DENIED IN PART, as follows:

    1. The motion to compel responses to Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents is GRANTED.  Defendant shall provide this discovery no later than 21 days from the date of this Order.

    2.  Plaintiff's request to deem its Third Requests to Admit as admitted is DENIED.  However, Defendant shall file an answer to these Requests to Admit no later than 21 days from the date of this Order.

    SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  July 19, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 19, 2005.

s/Gina Wilson
Judicial Assistant